UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:11-cv-04093 |
| § | |
| $20,443.00 IN U.S. CURRENCY, § | |
| Defendant. § | |

### AGREED UNITED STATES MOTION FOR
### A FINAL JUDGMENT OF FORFEITURE

United States of America, Plaintiff, and Kevin Hartshorn, Claimant, have agreed to settle this case. The parties have agreed that:

a. $10,221.50 shall be forfeited to the United States,

b. $10,221.50, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to the Claimant,

c. the seizure of the Defendant in rem was reasonable under 28 U.S.C. §2465(a)(2) and 31 U.S.C. § 5317(b).

With the concurrence of the Kevin Hartshorn, Claimant, the United States moves

for an agreed final judgment of forfeiture.

Date: May 7, 2012.

>     Respectfully submitted,
>     Kenneth Magidson
>     United States Attorney
>
>     By: s/Albert Ratliff
>     Albert Ratliff
>     Assistant United States Attorney
>     Attorney-in-Charge
>     NY Bar No. 1073907
>     SDTX Bar No. 6764
>     United States Attorney's Office
>     P. O. Box 61129, Houston, Texas  77208
>     albert.ratliff@usdoj.gov
>     Office (713) 567-9579; Fax (713) 718-3300

Agreed as to form and substance:

_____
Kevin Hartshorn, Claimant

_____
John J. E. Markham, II, Attorney for Claimant